HARRIET E. WEINSTEIN, Appellant, and JOHN S. KROESE, Intervener, Appellant, v. SOSTHENES BEHN et al., Respondents.

Argued May 17, 1948; decided June 4, 1948.

*Allen T. Klots, Arthur H. Dean, Ralph M. Carson, Peter H. Kaminer, Francis W. Phillips, Robert L. Augenblick, Richard Joyce Smith, Forbes D. Shaw* and *Ralph M. McDermid* for motion to dismiss appeal and in opposition to motion for leave to appeal.

*Samuel J. Levinson, Frank Weinstein* and *Nathaniel Phillips* opposed to motion to dismiss and for motion for leave to appeal.

Motions to dismiss appeal granted and appeal dismissed, with costs and $10 costs of motion.

Motion for leave to appeal denied, with $10 costs and necessary printing disbursements.